Natalie A. Hart, as Administratrix, etc., of Palmer A. Hart, Deceased, Appellant, v. Bernice L. Fuller, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Administration of the Goods, Chattels and Credits of Louis E. Babcock, Deceased. Gould Paper Company and Others, Appellants; William L. Babcock and Another, as Administrators of Louis E. Babcock, Deceased, Respondents.— Decree unanimously affirmed on the opinion of the surrogate, with costs. (Reported in 85 Misc. Rep. 256.) (This case was transferred from the Fourth Department to the Third Department of the Appellate Division. See 166 App. Div. 963.)

In the Matter of the Judicial Settlement of the Estate of William N. Eastabrook, Deceased. Viola M. Eastabrook, as Executrix, etc., Appellant; Charles F. Bullard, Respondent.— Decree affirmed, with costs. All concurred, except Smith, P. J., not voting.

In the Matter of the Application of the Hartwick Power Company Relative to Acquiring Title to Certain Real Estate in the Town of Milford, Otsego County, Respondent. Edith Wilber Mix, Appellant.— Order affirmed, with costs. All concurred.

Everett MacKinstry, Respondent, v. The New York Central Railroad Company, Successor to The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that the damages are excessive, unless the plaintiff stipulates to reduce the verdict to $2,500; in case such stipulation is filed, the judgment is so modified and as modified judgment and order affirmed, without costs. All concurred, except Howard, J., who voted for affirmance.

In the Matter of the Claim of Sarah White, Respondent, for Compensation Arising out of the Death of Jacob White, v. The New York Central and Hudson River Railroad Company, Employer and Self-Insurer, Appellant.— Award affirmed. All concurred.

Betsey H. Morf, Appellant, v. Joseph Ralph and Dewey Miller, Respondents.— Order unanimously affirmed, with costs.

Victoria Phalen, as Administratrix, etc., of John Phalen, Deceased, Respondent, v. Walter S. Rae, Defendant, and The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Kellogg, J., who dissented.

The People of the State of New York ex rel. John Burke of the City of Elmira, New York, for a Writ of Certiorari to Harry N. Hoffman and Others, Police Commissioners of the City of Elmira, New York, Constituting the Board of Police Commissioners for Said City, and to the Board of Police Commissioners of Said City of Elmira, New York.— Determination unanimously confirmed, without costs.

The People of the State of New York, Respondent, v. Park Row Realty Company, Appellant, Impleaded with Others.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer, and answer upon payment of costs at Special Term and in this court. All concurred.